IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                              )<br>                    Plaintiffs,                  )<br>                                                              )          4:04cr3028<br>       vs.                                               )<br>                                                              )<br>DIETRA LAVONNE WILKINSON,   )          ORDER<br>                                                              )<br>                    Defendants.                )<br>                                                              ) | |

Before the Court is the request for transcript of hearing held on 12/18/2009 [160].

IT IS ORDERED:

1. The request for transcript, filing [160] is granted.

2. Dietra Lavonne Wilkinson, is ordered to pay to the Clerk of Court the amount of $18.25. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $18.25, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on 12/18/09. A paper copy of the transcript shall be mailed to the requestor.

Dated: July 20, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge