IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:04cr3028 |
| vs. | ) | |
| | ) | |
| DIETRA WILKINSON, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is the request for transcript of hearing held on 9/21/09  [153].

IT IS ORDERED:

1. The request for transcript, filing [166] is granted.

2. Dietra Wilkinson, is ordered to pay to the Clerk of Court the amount of $72.75. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference.  Likewise, should the cost of the transcript be less than $72.75, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on 9/21/09.  A paper copy of the transcript shall be mailed to the requestor.

Dated: September 28, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge